DWIGHT M. SAMUEL (CA BAR# 054486)
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
Mark Timothy Pool

**FILED**

JUL 24 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )   NO. CR.S. 06-0206 EJG
       Plaintiff,          )
                           )
       v.                  )   STIPULATION AND
                           )   ~~PROPOSED~~ ORDER
Mark Timothy Pool,         )
                           )                          C | EJG
       Defendant.          )
_____)

Defendant, through his counsel, Dwight M. Samuel, and the United States of America, through Assistant U.S. Attorney, Camil Skipper, stipulate that the Judgement and Sentencing be continued to September 8, 2006 at 10:00 a.m. and the Schedule for Disclosure of Presentence Report and for Filing of Objections to the Presentence Report be amended as follows:

Motion for Correction of the Presentence Report shall be filed with the court and served on the Probation Officer & Opposing Counsel no later than          09/01/06

The Presentence Report Shall

1

| | | |
|---|---|---|
| 1 | be filed with the Court and | |
| 2 | Disclosed to Counsel no later than | 08/25/06 |
| 3 | | |
| 4 | Counsel's Written Objections to | |
| 5 | the Presentence Report Shall be | |
| 6 | Delivered to the Probation Officer | |
| 7 | and Opposing Counsel no later than | 08/18/06 |
| 8 | | |
| 9 | The Proposed Presentence Report | |
| 10 | Shall be disclosed to Counsel no later | |
| 11 | than | 08/04/06 |

Respectfully submitted,

DATED: July 20, 2006         /S/_____
                             DWIGHT M. SAMUEL
                             Attorney for Defendant
                             Mark Timothy Pool


DATED: July 20, 2006         /S/_____
                             Camil Skipper
                             Assistant United States Attorney
                             (Signed per Telephonic authorization)

1  IT IS SO ORDERED.

3     DATED:  7/20/06

       _____
       Honorable Edward J. Garcia
       United States District Judge

10  C:\WINDOWS\Temp\notes101AA1\Pool Stip and Order.wpd

                                1