```
McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2709
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-206 EJG |
| Plaintiff,  ) | |
| v.  ) | GOVERNMENT'S MOTION TO WITHDRAW SENTENCING MEMORANDUM; ORDER |
| MARK TIMOTHY POOL,  ) | |
| Defendant.  ) | |

On July 24, 2006, this Court ordered the sentencing in the above-captioned case continued from August 25, 2006, to September 8, 2006.  The undersigned counsel inadvertently failed to calendar the new date and filed a sentencing memorandum on August 21, 2006, in anticipation of the sentencing.  As the probation officer has not filed a final presentence investigation report, the government respectfully requests that the Court allow it to withdraw the

1

sentencing memorandum filed August 21, 2006.  The government will file a timely sentencing memorandum once the final PSR is filed.

Date: August 21, 2006                Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney

                                By:  /s/ Camil A. Skipper
                                     CAMIL A. SKIPPER
                                     Assistant U.S. Attorney

### **ORDER**

   The government's sentencing memorandum filed August 21, 2006, is hereby WITHDRAWN and STRICKEN.

Dated:   August 21, 2006

                                     /s/ Edward J. Garcia
                                     Hon. EDWARD J. GARCIA
                                     Senior Judge