1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MARK TIMOTHY POOL,

        Defendant.
_____/

NO. CR. 2:06-0206 WBS

ORDER

----oo0oo----

Defendant's pleading entitled Motion for Settlement/Clarification of the Record, filed March 28, 2013, (Docket No. 29) is hereby referred to his court appointed attorney, Dwight Samuel, for such action, if any, as may be deemed appropriate.

DATED:  March 29, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE