UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,            NO. CR. 2:06-00206 WBS

      Plaintiff,

   v.                                ORDER

MARK TIMOTHY POOL,

      Defendant.
_____/

----oo0oo----

      On May 28, 2013, defendant filed a Notice of Appeal (Docket No. 35) from this court's order of May 13, 2013 (Docket No. 33) denying defendant's Motion to Amend the Judgment (Docket No 32).  His appeal was duly processed to the Ninth Circuit on May 30, 2013 (Docket No. 36).

      On June 10, 2013, defendant filed a Motion for Judgment on the Pleadings, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.  (Docket No. 38).  First, the court notes that Rule 12(c) is entirely inapplicable here, as this is a criminal, not a civil, case; and there is nothing pending upon which to

1

enter a judgment on the pleadings in any event.  Second, this court has no jurisdiction to hear any motion while defendant's appeal is pending in the Ninth Circuit.  See Griggs v. Provident Consumer Discount Company, 103 S.Ct. 400, 402 (1982).

      IT IS THEREFORE ORDERED that defendant's Motion for Judgment on the Pleadings be, and the same hereby is, DENIED.

DATED:  June 18, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE